**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY ADJIAN,<br><br>            Plaintiff,<br><br>    v.<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>            Defendant. | Case No. CV 14-8445 DMG (AJWx)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order re Defendant's Motion for Summary Judgment, filed on October 9, 2015 [Doc. # 54], IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant JP Morgan Chase Bank, N.A. and against Plaintiff Tony Adjian.

**IT IS SO ORDERED**.

DATED: October 13, 2015

                                                _____
                                                DOLLY M. GEE
                                          UNITED STATES DISTRICT JUDGE